91 F.3d 122
 Atlantic Mutual Insurance Company
v.
Nicoletti Beer Distributors, Rocco Nicoletti, Estate of
Silvio Nicoletti, Rose Nicoletti, d/b/a Nicoletti Beer
Distributors, t/a Nicoletti Beer Distributors, Steven
Surdykowski, Kathy Surdykowski, as Assignee of Rights and
Interests of Nicoletti Beer Distributors, Silvio Nicoletti,
Rose Nicoletti, d/b/a and/or t/a Nicoletti Beer
Distributors, Kathy Surdykowski, Estate of Steven
Surdykowski, as Assignees of Rights and Interests of
 NO. 95-2024
 United States Court of Appeals,
Third Circuit.
 June 10, 1996
 
 Appeal From: E.D.Pa., No. 94-cv-03699,
 Giles, J.
 
 
 1
 AFFIRMED.